IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANHAM FZCO,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DEPARTMENT OF HOMELAND  )<br>SECURITY  )<br>  )<br>Defendant.  )  | Civil Action No. 18-cv-2773- TJK |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 8 of the Federal Rules of Civil Procedure ("Rules"), Defendant United States Immigration and Customs Enforcement ("ICE"), by and through undersigned counsel, hereby answers the Complaint ("Complaint") (ECF No. 1) as follows:

### FIRST DEFENSE

The information that Defendant has withheld, or will withhold, in response to Plaintiff's FOIA request is exempt from public disclosure under the FOIA.  *See* 5 U.S.C. § 552(b).

### DEFENDANT'S RESPONSES TO THE NUMBERED PARAGRAPHS

In response to the specifically-enumerated paragraphs, as set forth in the Complaint, Defendant admits, denies and otherwise avers as follows.  Any allegations not specifically admitted herein are hereby denied.

### PARTIES

1. The allegations contained in paragraph 1 characterize the Plaintiff, to which no response is required.  To the extent that a response is required, Defendant is without knowledge

or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1.

2.      Defendant admits that the Department of Homeland Security ("DHS") is an agency of the Unites States of America and is headquartered at 245 Murray Lane, SW, Washington, DC 20528-0485.  Defendant denies the remaining allegations contained in paragraph 2.

3.      Defendant admits the allegations contained in the first sentence of paragraph 3. The second sentence contains legal conclusions to which no response is required.

## JURISDICTION & VENUE

4.      The allegation contained in paragraph 4 constitutes Plaintiff's conclusion of law regarding jurisdiction to which no response is required.  To the extent that a response is required, Defendant admits that the claims in this action are brought pursuant to the FOIA, 5 U.S.C. § 552, and denies the remaining allegations.

5.      The allegation contained in paragraph 5 constitutes Plaintiff's conclusion of law regarding venue to which no response is required.  To the extent that a response is required, Defendant admits that venue is proper.

## STATEMENT OF FACTS

6.      The allegations contained in paragraph 6 are background to plaintiff's lawsuit; they do not set forth a claim for relief or aver facts in support of a claim to which a response is required.  To the extent that a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6.

7.      The allegations contained in paragraph 7 are background to plaintiff's lawsuit; they do not set forth a claim for relief or aver facts in support of a claim to which a response is

required.  To the extent that a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegation contained in paragraph 7.

8. The allegations contained in paragraph 8 contain Plaintiff's characterization of the FOIA request to which no response is required.  To the extent that a response is required, Defendant admits that Plaintiff submitted a FOIA request dated September 18, 2018, and Defendant respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents.

9. The allegations contained in paragraph 9 contain Plaintiff's characterization of the FOIA request to which no response is required.  To the extent that a response is required, Defendant respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents.

10. Defendant denies the allegation contained in paragraph 10.

11. Defendant admits the allegations contained in paragraph 11.

12. Defendant admits the allegations contained in paragraph 12.

13. The allegations contained in paragraph 13 do not set forth a claim for relief or aver facts in support of a claim to which a response is required.  To the extent that a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13.

14. Defendant respectfully refers the Court to the referenced emails as the best evidence of their contents.  Defendant avers that the Immigration and Customs Enforcement ("ICE") FOIA Office confirmed Plaintiff's FOIA request by email dated November 6, 2018.

15.  Defendant respectfully refers the Court to the referenced documents as the best evidence of their contents.

16.     Defendant respectfully refers the Court to the referenced documents as the best evidence of their contents.

17.     Defendant admits that as of the date of this Complaint, Defendant had not issued a final response to Plaintiff's FOIA request.  However, Defendant avers that it issued a final response to plaintiff's FOIA request by letter dated December 6, 2018.

18.     Defendant admits that as of the date of this Complaint, Defendant had not issued a final response to Plaintiff's FOIA request.  However, Defendant avers that it issued a final response to plaintiff's FOIA request by letter dated December 6, 2018.

## COUNT I - FAILURE TO COMPLY WITH [THE] FOIA

19.     Defendant reincorporates its responses to paragraphs 1 through 18.

20.     The allegation contained in paragraph 20 constitutes Plaintiff's conclusion of law to which no response is required.  To the extent that a response is required, Defendant denies the allegation contained in paragraph 20.

21.     The allegation contained in paragraph 21 constitutes Plaintiff's conclusion of law to which no response is required.  To the extent that a response is required, Defendant denies the allegation contained in paragraph 21.

22.     Defendant denies the allegation contained in paragraph 22.

23.     Defendant denies the allegation contained in paragraph 23.

## PRAYER FOR RELIEF

The remainder of Plaintiff's Complaint consists of Plaintiff's Request for Relief, to which no response is required.  To the extent this paragraph is deemed to contain factual allegations, Defendant denies those allegations and denies that Plaintiff is entitled to the relief sought.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:   /s/  *Damon Taaffe*
      DAMON TAAFFE, D.C. Bar No. 483874
      Assistant United States Attorney
      555 Fourth Street, N.W.
      Washington, D.C. 20530
      (202) 252-2544
      damon.taaffe@usdoj.gov