**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ANHAM FZCO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-2773 (TJK) |
| ) | |
| U.S. DEPT. OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's January 4, 2019, Minute Order, the parties have met and conferred regarding the status of this Freedom of Information Act ("FOIA") case, in which Plaintiff seeks records related to an internal investigation by Immigration and Customs Enforcement's Office of Professional Responsibility. .

Department of Homeland Security, Immigration and Customs Enforcement ("ICE") initially concluded that the requested records pertained to an ongoing law enforcement investigation, but after conferring with Plaintiff, it has determined that the investigation is not ongoing.  Consequently, it is processing responsive records and will make an initial release by March 1, 2019.  ICE hopes to be able to release all responsive records in a single release, but it is still determining the number of pages that must be processed.  The parties propose to file another Joint Status Report by March 15, 2019.

Respectfully submitted,

By:   /s/  *Kevin T. Barnett*
      Kevin T. Barnett (D.C. Bar No. 1003410)
      Covington & Burling LLP
      One CityCenter
      850 Tenth Street NW
      Washington, DC 20001
      (202) 662-5430
      kbarnett@cov.com

*Attorney for Plaintiff*

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN,  D.C. Bar No. 924092
Chief, Civil Division

By:   /s/  *Damon Taaffe*
      DAMON TAAFFE, D.C. Bar No. 483874
      Assistant United States Attorney
      555 Fourth Street, N.W.
      Washington, D.C. 20001
      (202) 252-2544
      damon.taaffe@usdoj.gov

*Attorneys for Defendant*