**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ANHAM FZCO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-2773 (TJK) |
| ) | |
| U.S. DEPT. OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's February 1, 2019 Minute Order, the parties submit this joint status report regarding the status of this Freedom of Information Act ("FOIA") case, in which Plaintiff seeks records related to an internal investigation by Immigration and Customs Enforcement's Office of Professional Responsibility.

Since the parties' last Joint Status Report (ECF No. 7), Defendant Department of Homeland Security ("DHS") released 259 pages of responsive records on March 1, 2019 with numerous redactions based on Exemptions 6, 7(A), 7(C), and 7(E). Plaintiff has reviewed the production and raised questions and concerns about certain redactions and the search methodology generally. To facilitate the resolution or narrowing of these issues, DHS will provide by April 4, 2019, a draft search declaration and draft *Vaughn* index to explain the redactions questioned by Plaintiff.

The parties propose to file another Joint Status Report by April 12, 2019 to notify the Court of the Parties progress and to propose a briefing schedule, if necessary.

Respectfully submitted,

By: /s/ *Kevin T. Barnett*
Kevin T. Barnett (D.C. Bar No. 1003410)
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-5430
kbarnett@cov.com

*Attorney for Plaintiff*

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN,  D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *Christopher Hair*
CHRISTOPHER HAIR, Pa. Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-2541
Christopher.Hair@usdoj.gov

*Attorneys for Defendant*