# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANHAM FZCO, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 18-2773 (TJK) |
|  | ) |
| U.S. DEPT. OF HOMELAND SECURITY, | ) |
|  | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's March 18, 2019, Minute Order, the parties submit this joint status report regarding the status of this Freedom of Information Act ("FOIA") case, in which Plaintiff seeks records related to an internal investigation by Immigration and Customs Enforcement's Office of Professional Responsibility.

Since the parties' last Joint Status Report (ECF No. 9), Defendant Department of Homeland Security ("DHS") provided Plaintiff with a draft search declaration, a draft *Vaughn* index for certain redactions identified by Plaintiffs, and reprocessed a number of pages. Plaintiff has started its review of these materials and raised some limited additional questions. When the Plaintiff completes its review, the Parties shall confer in an attempt to resolve any remaining issues.

The parties propose to file another Joint Status Report in 30 days, by May 13, 2019, to notify the Court of the Parties progress and to propose a briefing schedule, if necessary.

Respectfully submitted,

By:   /s/  *Kevin T. Barnett*
      Kevin T. Barnett (D.C. Bar No. 1003410)
      Covington & Burling LLP
      One CityCenter
      850 Tenth Street NW
      Washington, DC 20001
      (202) 662-5430
      kbarnett@cov.com

*Attorney for Plaintiff*

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:   /s/ *Christopher Hair*
      CHRISTOPHER HAIR, Pa. Bar No. 306656
      Assistant United States Attorney
      555 Fourth Street, N.W.
      Washington, D.C. 20001
      (202) 252-2541
      Christopher.Hair@usdoj.gov

*Attorneys for Defendant*