UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANHAM FZCO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-2773 (TJK) |
| | ) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 13, 2019, Minute Order, the Parties submit this joint status report regarding the status of this Freedom of Information Act ("FOIA") case, in which Plaintiff seeks records related to an internal investigation by Immigration and Customs Enforcement's Office of Professional Responsibility.

As previously reported in the parties' last Joint Status Report (ECF No. 12), Defendant Department of Homeland Security ("DHS") has provided Plaintiff with a draft search declaration, a draft *Vaughn* index for certain redactions identified by Plaintiffs, and reprocessed a number of pages. Plaintiff has reviewed of these materials and raised some limited additional questions. The Parties conferred regarding these issues, and Defendant agreed to perform supplemental search efforts and process additional documents for potential release to Plaintiff.

Defendant has completed its supplemental search efforts and produced additional responsive, non-exempt information to Plaintiff on July 3, 2019. Plaintiff requested an

updated search declaration and *Vaughn* index regarding Defendant's supplemental production, which Defendant has agreed provide on or about July 29, 2019.

The parties propose to file another Joint Status Report by August 12, 2019, to notify the Court of the Parties progress and to propose a briefing schedule, if necessary.

                                        Respectfully submitted,

By:    /s/  *Kevin T. Barnett*
           Kevin T. Barnett (D.C. Bar No. 1003410)
           Covington & Burling LLP
           One CityCenter
           850 Tenth Street NW
           Washington, DC 20001
           (202) 662-5430
           kbarnett@cov.com

*Attorney for Plaintiff*

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN,  D.C. Bar No. 924092
Chief, Civil Division

By:    */s/ Christopher C. Hair*
           CHRISTOPHER C. HAIR, PA Bar No. 306656
           Assistant United States Attorney
           555 Fourth Street, N.W.
           Washington, D.C. 20001
           (202) 252-2541
           Christopher.Hair@usdoj.gov

*Attorneys for Defendant*