UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANHAM FZCO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-2773 (TJK) |
| | ) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated July 16, 2019, the Parties submit this joint status report regarding the status of this Freedom of Information Act ("FOIA") case, in which Plaintiff seeks records related to an internal investigation by Immigration and Customs Enforcement's Office of Professional Responsibility.

Defendant Department of Homeland Security ("DHS") has provided Plaintiff with a draft search declaration, a draft *Vaughn* index for certain redactions identified by Plaintiff, and reprocessed a number of pages.  Plaintiff has reviewed these materials and raised some limited additional questions.  The Parties conferred regarding these issues, and Defendant agreed to perform supplemental search efforts and process additional documents for potential release to Plaintiff.

As previously reported by the Parties (*see* ECF No. 13), Defendant completed its supplemental search efforts and produced additional responsive, non-exempt information to Plaintiff on July 3, 2019.  In addition, Defendant provided Plaintiff with an updated search declaration and *Vaughn* index regarding Defendant's supplemental production on

July 16, 2019.  After reviewing Defendant's updated declaration and *Vaughn* index, Plaintiff raised some additional questions and concerns.  Defendant has committed to responding to Plaintiff's questions and concerns by August 30, 2019.

The Parties propose to file another Joint Status Report by September 27, 2019, to notify the Court of the Parties' progress and to propose a briefing schedule, if necessary.

          Respectfully submitted,

By:   /s/  *Kevin T. Barnett*
Kevin T. Barnett (D.C. Bar No. 1003410)
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-5430
kbarnett@cov.com

*Attorney for Plaintiff*

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN,  D.C. Bar No. 924092
Chief, Civil Division

By:   */s/ Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-2541
Christopher.Hair@usdoj.gov

*Attorneys for Defendant*