# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANHAM FZCO<br><br>          Plaintiff<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>          Defendants. | Case No.  1:18-cv-02773 (TJK) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own costs and fees.

October 25, 2019

Respectfully submitted,

*/s/ Kevin Barnett*
Kevin T. Barnett (D.C. Bar No. 1003410)
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-5430
kbarnett@cov.com

*Attorneys for Plaintiff*

JESSIE K. LIU,
D.C. BAR # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

*/s/ Christopher C. Hair*
Christopher C. Hair (PA Bar No. 306656)
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.—Civil Division
Washington, D.C. 20530
(202) 252-2541
Christopher.Hair@usdoj.gov

*Attorneys for Defendant*